UNITED STATES of America,
Plaintiff–Appellee,

v.

Antonio DOMINGUEZ–MARTINEZ,
Defendant–Appellant.

No. 05–50878.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 9, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before REAVLEY, GARZA, and
BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Antonio Dominguez–Martinez raises
arguments that are foreclosed by *Almen-
darez–Torres v. United States,* 523 U.S.
224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350
(1998), which held that a prior conviction is
a sentencing factor under 8 U.S.C.
§ 1326(b)(2) and not a separate criminal
offense. The Government's motion for
summary affirmance is GRANTED, and
the judgment of the district court is AF-
FIRMED.

Appealing the Judgment in a Criminal
Case, Hector Avila–Reyes raises argu-
ments that are foreclosed by *Almendarez–
Torres v. United States,* 523 U.S. 224, 235,
118 S.Ct. 1219, 140 L.Ed.2d 350 (1998),
which held that a prior conviction is a
sentencing factor under 8 U.S.C.
§ 1326(b)(2) and not a separate criminal
offense. The Government's motion for
summary affirmance is GRANTED, and
the judgment of the district court is AF-
FIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

